CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Princess- Maria Spencer
Plaintiff

v.

31 Cases
Defendant

CASE NO:

1:25:CV-00011  1:25CV-0009
00012  1:25CV-0010
1:25:CV-00013  1:25CV-0012
1:25 CV 00014
1:25 CV 00095  1:25 CV-0012
1:25 CV 00097  1:25 CV-00123
1:25 CV 00098  1:25 CV-0013
1:25 CV-00132

CHANGE OF MAILING ADDRESS

1:24-cv-2387

1:25-CV-00446
1:25-CV-00426
1:25-CV-00424
1:25-CV-00442
1:25-CV-00443
1:25-CV-00445
1:25-CV-00490
1:25-CV-00491
1:25-CV-00492
1:25-CV-00493
1:25-CV-00494
1:25-CV-00495
1:25-CV-00523
1:25-CV-00524
1:25-CV-00526
1:25-CV-00528
1:25-CV-00569
1:25-CV-00269
1:25-CV-00270
1:25-CV-00148

1. This change of mailing address is requested by: ☑ Plaintiff    ☐ Defendant

2.  **Old Address:**
    Name(s):                    Princess Maria Spencer
    Mailing Address:            6010 Georgia Ave NW
    City, State, Zip Code:      Memphis, TN
                                Washington DC 20011

3.  **New Address:**
    Name(s):                    Princess-Maria Spencer
    Mailing Address:            1740 West Belmont Circle
    City, State, Zip Code:      Memphis, TN. 38108
    Telephone Number(s):        901-801-2720

Date: 04/17/2025

Princess Maria Spencer
Requestor's printed name(s)

Maria
Requestor's signature(s)

Princess Spencer

RECEIVED
APR 17 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

New: 06/21/2022